IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEON RANDALL
ADC #141931                                                                                              PLAINTIFF

V.                                            5:08CV00214 JLH/JTR

SUSAN POTTS,
Jail Administrator, Drew County Jail                                                       DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff's § 1983 Complaint (docket entry #2) is DISMISSED, WITH PREJUDICE, as being frivolous and duplicative of the claims he currently has pending in *Randall v. Potts*; 5:08CV00162 BSM/HLJ.

2.      Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 8th day of September, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE